**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6814**

_____

KEVIN M. BALLANCE,

Plaintiff - Appellant,

versus

RON ANGELONE; GENE M. JOHNSON, Assistant
Director; R. A. YOUNG, Regional Director; S.
K. YOUNG; SERGEANT STANLEY; CORRECTIONAL
OFFICER YOUNG; CORRECTIONAL OFFICER EDWARDS;
CORRECTIONAL OFFICER ANDERSON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-01-410-7)

_____

Submitted:  September 5, 2002      Decided:  September 24, 2002

_____

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin M. Ballance, Appellant Pro Se. Pamela Anne Sargent, Assistant
Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin M. Ballance appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Ballance v. Angelone, No. CA-01-410-7 (W.D. Va. May 3, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2